■ The People of the State of New York, Respondent, v Eugene Stewart, Appellant. (Appeal No. 2.) [54 NYS3d 352]—Appeal from a judgment of the Supreme Court, Niagara County (Richard C. Kloch, Sr., A.J.), rendered March 20, 2015. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree (three counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in People v Stewart ([appeal No. 1] 151 AD3d 1860 [2017]). Present—Centra, J.P., Lindley, DeJoseph, NeMoyer and Troutman, JJ.